**Order entered October 2, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-01057-CR
No. 05-19-01059-CR

**TAVARIO JERMAINE SMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1
Collin County, Texas
Trial Court Cause No. 001-87850-2018 & 001-87851-2018**

## ORDER

We **REINSTATE** these appeals.

We abated for a hearing to determine whether appellant is entitled to court-appointed counsel in these appeals. On September 30, 2019, the clerk's record, containing the trial court's appointment of counsel, was filed with the Court. We **DIRECT** the Clerk of the Court to list Kyle Therrian as appointed counsel for appellant.

The clerk's records have been filed. The reporter's record is **DUE** by October 29, 2019.

/s/      BILL PEDERSEN, III
           JUSTICE